# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE LOPEZ,<br><br>                     Plaintiff,<br><br>             v.<br><br>AT&T MOBILITY SERVICES, LLC,<br><br>                     Defendant. | Case No. 1:20-cv-01219-SAB<br><br>ORDER RE: STIPULATION TO EXTEND DISCOVERY DEADLINES IN SCHEDULING ORDER<br><br>(ECF Nos. 8, 9) |

On October 1, 2021, the parties filed a stipulated request to extend the discovery deadlines in the November 4, 2020 scheduling order (ECF No. 8).  (ECF No. 9.)  The parties assert they have conducted initial disclosures and some written discovery but need additional time to complete the depositions of several former AT&T employees and Plaintiff, which have been delayed due to scheduling and other constraints.  The Court finds good cause exists to grant the requested stipulated relief.

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for non-expert discovery is continued from October 29, 2021 to **February 28, 2022**;

2. The deadline for expert disclosure is continued from November 26, 2021 to **March 18, 2022**;

3. The deadline for supplemental expert disclosure is continued from January 21, 2022 to **April 11, 2022**; and

4. The deadline for expert discovery is continued from January 25, 2022 to **May 16, 2022**.[1]

All remaining deadlines and hearing dates as set forth in the November 4, 2021 scheduling order (ECF No. 8) remain in effect.

IT IS SO ORDERED.

Dated:   **October 25, 2021**

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the expert discovery deadline now extends beyond the dispositive motion filing deadline. The Court presumes such extension will have no impact on current dispositive motion deadline.