# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AT&T MOBILITY SERVICES, LLC,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01219-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH SCHEDULING ORDER<br><br>**DEADLINE: JUNE 23, 2022** |

　　　　Plaintiff Charlene Lopez initiated this action in state court on July 15, 2020, against Defendant AT&T Mobility Services, LLC. (Ex. A, ECF No. 1 at 11–47.) On August 27, 2020, Defendant removed the action to this District. (ECF No. 1.) The Court issued a scheduling order on November 4, 2020; the discovery deadlines in the schedule were modified once pursuant to the parties' stipulation on October 25, 2021. (ECF Nos. 8, 10.) Pursuant to the scheduling order, the pretrial conference is set for June 24, 2022, and trial is set to commence on August 16, 2022. (ECF No. 8.) The order also expressly required the parties to file a joint pretrial statement pursuant to Local Rule 281(a)(2) (i.e., the joint pretrial statement was due a week prior to the pretrial conference, or June 17, 2022). (Id. at 5.) The Court notes that the deadline to file the joint pretrial statement has expired, but nothing has been filed.

　　　　Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules

or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000).

The Court shall require the parties to show cause in writing why monetary sanctions should not issue for the failure to file a joint pretrial statement in compliance with its November 4, 2020 order. Further, the Court will continue the pretrial conference to July 8, 2022.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing **no later than June 23, 2022**, why monetary sanctions should not issue for the failure to file a joint pretrial statement as required by the November 4, 2020 scheduling order;

2. The pretrial conference is CONTINUED to **July 8, 2022,** at **9:30 a.m.** in **Courtroom 9** before United States Magistrate Judge Stanley A. Boone; and

3. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **June 21, 2022**                              ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                   UNITED STATES MAGISTRATE JUDGE