# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AT&T MOBILITY SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 1:20-cv-01219-SAB<br><br>ORDER GRANTING DEFENDANT'S SUBSTITUTION OF ATTORNEY AND DIRECTING OFFICE OF THE CLERK TO UPDATE DOCKET<br><br>(ECF No. 17) |

On October 25, 2022, Defendant AT&T Mobility Services, LLC filed a notice of substitution of attorney requesting approval to substitute attorney Elizabeth A. Brown, of Elizabeth A. Brown, GBG LLP, for attorneys Laurie E. Sherwood, Reema A. Abboud, and Sage R. Knauft. (ECF No. 17.) Accordingly, the Office of the Clerk is DIRECTED to substitute Elizabeth A. Brown as attorney of record for Defendant, and to terminate attorneys Laurie E. Sherwood, Reema A. Abboud, and Sage R. Knauft as attorneys in this matter.

IT IS SO ORDERED.

Dated: **October 25, 2022**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1