# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE LOPEZ,<br><br>   Plaintiff,<br><br> v.<br><br>AT&T MOBILITY SERVICES, LLC,<br><br>   Defendant. | Case No. 1:20-cv-01219-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER AND TRIAL DATE<br><br>(ECF No. 19) |

  Currently before the Court is the parties' stipulated motion to modify the scheduling order and continue trial date, filed on November 2, 2022. (ECF No. 19.) The parties proffer that on September 30, 2022, the parties attended a mediation, at which the parties did not reach settlement. (ECF No. 19 at 2.) On October 17, 2-22, Defendant substituted new counsel in this action. (Id.) The parties request modification of the scheduling order to allow for new counsel to get up to speed on the case and to meaningfully participate in the discovery and defense of this action, and preexisting trial obligations. (Id.) The Court finds good cause to grant the stipulated motion.

  Accordingly, IT IS HEREBY ORDERED that the parties' stipulated motion (ECF No. 19) is GRANTED, and the scheduling order is modified as follows:

  1. Nonexpert Discovery Deadline: May 29, 2023;

  2. Expert Disclosure Deadline: June 28, 2023;

3. Supplemental Expert Disclosure Deadline: July 28, 2023;

4. Expert Discovery Deadline: August 25, 2023;

5. Dispositive Motion Filing Deadline: August 28, 2023;

6. Pre-trial Conference: October 6, 2023, at 9:30 a.m. in Courtroom 9; and

7. Trial: December 12, 2023, at 8:30 a.m. in Courtroom 9.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:   **November 4, 2022**

UNITED STATES MAGISTRATE JUDGE