# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AT&T MOBILITY SERVICES, LLC.,<br><br>　　　　Defendant. | Case No. 1:20-cv-01219-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE<br><br>(ECF No. 28)<br><br>**DEADLINE: JANUARY 3, 2024** |

On December 4, 2023, the parties filed a notice of settlement of this action. (ECF No. 27.) "Upon such notification of . . . resolution of an action . . . the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause." L.R. 160(b). The Court's order issued December 5, 2023, expressly set the deadline to file dispositional documents for December 26, 2023. (Id.)

The deadline to file dispositional documents has now expired and the parties have not done so, nor requested an extension of time from the Court. Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions … within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of

that power, impose sanctions where appropriate, including dismissal of the action.  <u>Bautista v. Los Angeles Cnty.</u>, 216 F.3d 837, 841 (9th Cir. 2000).  The Court shall require the parties to show cause why sanctions should not issue for the failure to file dispositional documents in compliance with the Court's order issued December 5, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing **no later than January 3, 2024**, why sanctions should not issue for the failure to file dispositional documents as required by the December 5, 2023, order; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **December 27, 2023**            _____
                                                              UNITED STATES MAGISTRATE JUDGE