# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE LOPEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY SERVICES, LLC,<br><br>  Defendants. | Case No. 1:20-cv-01219-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 29, 31, 32) |

On December 4, 2023, the parties filed a notice of settlement in this matter. (ECF No. 27.) On December 5, 2023, the Court issued an order expressly setting the deadline to file dispositional documents for December 26, 2023. (ECF No. 28.) On December 27, 2023, the Court issued an order to show cause as neither dispositional documents, nor a request for extension, was filed by the deadline. (ECF No. 29.)

On December 28, 2023, each party responded to the Court's order to show cause through declaration by counsel. In substantially similar declarations, counsel for Plaintiff and Defendant represent Defendant delivered settlement payment on December 26, 2023; however, "due to poor connectivity while out of the office, [Defendant's counsel] was unable to confirm delivery that day and, as a result, did not file the dismissal stipulation on December 26, 2023." (ECF No. 31 at ¶ 5.) On December 28, 2023, the parties took corrective actions and filed a stipulated request for

dismissal of the action with prejudice.  (ECF No. 30.)  The Court finds good cause to discharge the order to show cause.

Accordingly, IT IS HEREBY ORDERED that the order to show cause issued on December 27, 2023, (ECF No. 29), is DISCHARGED

IT IS SO ORDERED.

Dated:   **December 29, 2023**

UNITED STATES MAGISTRATE JUDGE

2